UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ERBE,<br><br>Plaintiffs,<br><br>v.<br><br>DEFINITIVE CONSULTING SERVICES<br>LLC, d/b/a Callahan & Associates,<br><br>Defendant. | Case No.: 19cv1256-LAB (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 12]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 12. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: January 17, 2020

_Lany A. Burns_

**Hon. Larry Alan Burns**
Chief United States District Judge